UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MICHAEL T. BLOOMFIELD,             CV # 05-761-HO

    Plaintiff,

                                                                  ORDER FOR EAJA FEES

vs.

**COMMISSIONER of Social Security**,

    Defendant.

_____

        Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $5890.50 shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act 28 U.S.C. § 2412.

DATED this 16th day of November, 2006.

                                                              HON. MICHAEL R. HOGAN
                                                              U.S. DISTRICT COURT JUDGE

Presented by:

/s/Richard A. Sly
**RICHARD A. SLY,** OSB # 63074
(503) 224-0436
Attorney for Plaintiff

STIPULATION FOR EAJA FEES